FILED: September 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4286 (L)
(3:96-cr-00004-MOC-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALVIN BREWER, a/k/a Avenue

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 10/09/2013

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk